COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| DEVORIS NEWSON, | § | No. 08-24-00114-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court of Law 4 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2019DCO2152) |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of jurisdiction. In his filings, Mr. Newson asks this Court to issue orders against the sheriff and address in the first instance certain pretrial matters.

On April 29, 2024, the clerk of this Court issued a letter informing the parties of our intention to dismiss this case for want of jurisdiction unless this Court is provided with proof of an appealable order or other ground for our jurisdiction.

Mr. Newson did not provide an appealable order or other legal ground forming a basis for this Court to have jurisdiction over what he attempts to appeal. *See Galitz v. State*, 617 S.W.2d 949, 951 (Tex. Crim. App. 1981) (en banc) (noting that appellate court jurisdiction is authorized by statute); *Gutierrez v. State*, 307 S.W. 3d 318, 321 (Tex. Crim. App.

2010) (noting that, in criminal cases, the Texas Legislature has only authorized appeals from final, written judgments and certain interlocutory orders).

Moreover, we have been informed that this case against Mr. Newson was dismissed by the trial court at the State's request. Specifically, the County Clerk of El Paso County provided a file-stamped copy of the State's motion to dismiss trial court cause number 20190C02152 and the corresponding order of dismissal signed by Judge Alejandro Gonzalez of County Court at Law 4 on January 25, 2024.[1]

Accordingly, we dismiss this appeal for want of jurisdiction.


LISA J. SOTO, Justice

May 29, 2024

Before Palafox, J., Soto, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge) (sitting by assignment)

(Do Not Publish)

---

[1] The judge also ordered the Sheriff of El Paso County to remove any conditions of bond associated with this case from the Texas Crime Information Center database maintained by the Department of Public Safety.